Order entered November 7, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00825-CV

**CARL BENSON, Appellant**

V.

**J P MORGAN/CHASE, Appellee**

On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-11135-F

## ORDER

The Court has before it appellant's October 15, 2012 motion to extend time to file brief

and appellee's November 2, 2012 response to that motion. The Court **GRANTS** the motion in

part and **ORDERS** appellant to file his brief within thirty days of the date of this order.

MOLLY FRANCIS
JUSTICE